■ PORT BAY ASSOCIATES, Respondent, v SOUNDVIEW SHOPPING CENTER et al., Appellants. (Appeal No. 2.) [602 NYS2d 586] —Order unanimously reversed on the law without costs and motion granted. Same Memorandum as in *Port Bay Assocs. v Soundview Shopping Ctr.* (197 AD2d 848 [decided herewith]).

(Appeal from Order of Supreme Court, Onondaga County, Pooler, J.—Change of Venue.) Present—Denman, P. J., Green, Balio, Fallon and Boehm, JJ.